## Humble Oil & Refining Company *v.* Koppenheffer et ux., Appellants.

Argued May 28, 1969. Before BELL, C. J., COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*John J. Krafsig,* for appellants.

*James H. Stewart, Jr.,* with him *Nauman, Smith, Shissler and Hall,* for appellee.

*Joseph E. Pappano,* and *Pappano and Pappano,* for appellee.

OPINION PER CURIAM, October 9, 1969:
Decree affirmed, each party to pay own costs.
Mr. Justice JONES took no part in the consideration or decision of this case.